IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| | JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
| V. | |
| ROBERT E. WHITAKER | Case Number CR 07 - 97 |
| | Donald W. MacPherson |
| | Defendant's Attorney |

THE DEFENDANT:
X    pleaded guilty to count(s) 1 .
____    was found guilty on count(s) _ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26 U.S.C. § 7207 | Fraudulent Returns | 1998 | 1 |

    The defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____    The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).
____    Count(s) _ (is) (are) dismissed on the motion of the United States.
____    The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
X    It is ordered that the defendant shall pay to the United States a special assessment of $25.00 , which shall be due immediately.

    It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Unknown
Defendant's USM No.

April 10, 2007
Date of Imposition of Sentence

Lisa Pupo Lenihan
United States Magistrate Judge

April 25, 2007
Date

Defendant: **ROBERT E. WHITAKER**  Judgment--Page 2 of 3
Case Number: 2:CR 07-97

## PROBATION

The defendant is hereby placed on probation for a term of <u>1 year</u>.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [X] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

For offenses committed on or after September 13, 1994:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to periodic drug tests, as directed by the probation officer.

| | |
|---|---|
| **X** | The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. |
| **X** | The Defendant is to Pay $751,734.00 to the United States Treasury. This amount is agreed to by the government and Defense counsel as the current best estimate of taxes due and owing by the Defendant. (The Court notes that at the time of sentencing, the Defendant had already fulfilled this obligation.) |
| **X** | The Defendant's travel is restricted to the continental United States. He must, however, provide his Probation Officer a minimum of 72 hours notice before departing the Western District of Pennsylvania. |

Defendant: ROBERT E. WHITAKER  
Case Number: 2:CR 07-97

Judgment--Page 3 of 3

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) the defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history of characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**These conditions are in addition to any other conditions imposed by this Judgment.**

Upon finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

All of the conditions listed in this order have been read to me. I fully understand the conditions and have been provided a copy of them.

_____        _____
(Signature)                           (Date)

_____        _____
U.S. Probation Officer/Designated Witness   (Date)